UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHARLES ALVIN SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-CV-115 SNLJ |
| DARREN K. CANN, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* on appeal. ECF No. 17. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, *see* ECF Nos. 12 & 13; 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 17] is **DENIED**.

Dated this 14th day of December, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE